# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



2010 OCT 14  AM 8:52

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>AIMEE SILVA (2),<br><br>                Defendant. | CASE NO. 09CR1126-IEG<br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) of the Indictment without prejudice.

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: October 12, 2010

_____
IRMA E. GONZALEZ
UNITED STATES DISTRICT JUDGE